**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 14-29324 |
|---|---|---|
| | § | |
| MARIE LANG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $11,249.02 |
| Total Distributions to Claimants: | $2,202.52 | Claims Discharged Without Payment: | $255,163.65 |
| Total Expenses of Administration: | $949.46 | | |

3) Total gross receipts of $9,251.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $6,099.02 (see **Exhibit 2**), yielded net receipts of $3,151.98 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $939.48 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $949.46 | $949.46 | $949.46 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $257,560.00 | $3,747.50 | $2,800.90 | $2,202.52 |
| **Total Disbursements** | $258,499.48 | $4,696.96 | $3,750.36 | $3,151.98 |

4). This case was originally filed under chapter 7 on 08/11/2014. The case was pending for 38 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2017              By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Expected tax refund | 1224-000 | $9,251.00 |
| **TOTAL GROSS RECEIPTS** | | $9,251.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Exempted Portion of Tax Refund | Exemptions | 8100-002 | $1,500.00 |
| MARIE LANG | Exemptions | 8100-002 | $1,000.00 |
| Pro-Rated Portion of Tax Refund | Funds to Third Parties | 8500-002 | $3,599.02 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $6,099.02 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago | 4120-000 | $939.48 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $939.48 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $788.00 | $788.00 | $788.00 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $19.40 | $19.40 | $19.40 |
| Green Bank | 2600-000 | NA | $142.06 | $142.06 | $142.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $949.46 | $949.46 | $949.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | City of Chicago Department of Finance | 7200-000 | $3,000.00 | $2,121.86 | $2,121.86 | $1,668.55 |
| 2 | City of Chicago Department of Finance | 7200-000 | $0.00 | $946.60 | $0.00 | $0.00 |
| 3 | ComEd | 7200-000 | $0.00 | $679.04 | $679.04 | $533.97 |
|  | Aaron Rent to Own | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Adt Security Service Inc. | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
|  | AT&T Mobility | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Bank of America | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | CCI | 7100-000 | $2,100.00 | $0.00 | $0.00 | $0.00 |
|  | Comcast | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Commonwealth Edision Customer Care Center | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
|  | Corp Americ Family | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Credit Discounters & Audit | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
|  | Credit Management | 7100-000 | $340.00 | $0.00 | $0.00 | $0.00 |
|  | Direct TV | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Dish Network | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Diversified Consultants, Inc | 7100-000 | $700.00 | $0.00 | $0.00 | $0.00 |
|  | Drive Financial | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
|  | ERNEST B FENTON | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
|  | First American Cash Advance | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
|  | Health Care Credit Union | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
|  | Hillcrest Davidson and Associates | 7100-000 | $700.00 | $0.00 | $0.00 | $0.00 |
|  | Leading Edge Recovery Solutions | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
|  | Nationwide CAC LP | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Peoples Gas | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Planet Fitness | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| PLS | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| Sinai Medical Group | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Sinai Medical Group | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Sprint | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| St Paul Federal Bank | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Stellar Recovery, Inc. | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| T Mobile | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| TCF National Bank | 7100-000 | $20.00 | $0.00 | $0.00 | $0.00 |
| Triad Financial Corp. | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| United Federal Credit | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
| US Bank | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Verizon Wireless | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Washington Mutual | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank | 7100-000 | $170,000.00 | $0.00 | $0.00 | $0.00 |
| WOW Chicago | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| X Sport Fitness | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $257,560.00 | $3,747.50 | $2,800.90 | $2,202.52 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 14-29324-DLT | Trustee Name: | David Leibowitz |
| Case Name: | LANG, MARIE | Date Filed (f) or Converted (c): | 08/11/2014 (f) |
| For the Period Ending: | 10/15/2017 | §341(a) Meeting Date: | 09/29/2014 |
| | | Claims Bar Date: | 06/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 7 rooms of furniture and household goods with standard electronics | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 | Used personal clothing | $450.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended b/c filed 10/20/14 | | | | | |
| 3 | Misc Jewlery | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended b/c filed 10/20/14 | | | | | |
| 4 | 2014 Expected tax refund (u) | $1,500.00 | $3,151.98 | | $9,251.00 | FA |
| **Asset Notes:** | Wildcard: $1500 | | | | | |
| | Earned-Income Credit: $1000 | | | | | |
| | Debtor's pro-rated portion: $3599.02 | | | | | |
| | Updated per #18 - 10/20/2014 - Amended Schedule(s) : B,C | | | | | |
| 5 | 2004 Dodge Durango - Does not run (u) | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | 2002 Chrysler Sebring | $1,500.00 | $0.00 | | $0.00 | FA |
| 7 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 8 | IL Unclaimed Funds (u) | $0.00 | $1,112.77 | | $0.00 | FA |
| **Asset Notes:** | Funds were sent to the debtor while Trustee's claim was pending--order directing turnover dkt 39 | | | | | |
| | Deemed abandoned - not cost-effective to pursue. | | | | | |

**TOTALS (Excluding unknown value)**     $5,750.00     $4,264.75     $9,251.00     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

06/30/2017    2017 Reporting Period:
TFR filed 4/28/17. The payment for claim 2 was returned as the claim was paid. The Trustee solicited additional claims, one of which was filed by ComEd for the amount remaining in the estate. The Trustee will prepare a supplemental distribution, after which the TDR will be filed.

**Initial Projected Date Of Final Report (TFR):** 07/01/2016     **Current Projected Date Of Final Report (TFR):** 04/25/2017     /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29324-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LANG, MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8977 | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/11/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2015 | | MARIE LANG | 2014 Tax Refund - received from US Treasury | * | $9,251.00 | | $9,251.00 |
| | {4} | | Estate's Portion of Tax Refund $3,151.98 | 1224-000 | | | $9,251.00 |
| | {4} | | Debtor's pro-rated portion of tax refund $3,599.02 | 1280-002 | | | $9,251.00 |
| | {4} | | Portion of tax refund exempt per wildcard $1,500.00 | 1224-002 | | | $9,251.00 |
| | {4} | | EIC portion of tax refund $1,000.00 | 1224-002 | | | $9,251.00 |
| 04/09/2015 | 3001 | MARIE LANG | Debtor's Pro-Rated & Exempted Portion of Tax Refund | * | | $5,099.02 | $4,151.98 |
| | | | Pro-Rated Portion of Tax Refund $(3,599.02) | 8500-002 | | | $4,151.98 |
| | | | Exempted Portion of Tax Refund $(1,500.00) | 8100-002 | | | $4,151.98 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.09 | $4,144.89 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.68 | $4,138.21 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.46 | $4,131.75 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.09 | $4,124.66 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.22 | $4,118.44 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.43 | $4,112.01 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.84 | $4,105.17 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.19 | $4,098.98 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.61 | $4,092.37 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.60 | $4,085.77 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.16 | $4,079.61 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.58 | $4,073.03 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.57 | $4,066.46 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.35 | $4,060.11 |
| 06/14/2016 | 3002 | MARIE LANG | Earned Income Credit - Returned to Debtor | 8100-002 | | $1,000.00 | $3,060.11 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.34 | $3,053.77 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.24 | $3,048.53 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.91 | $3,043.62 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.06 | $3,038.56 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.58 | $3,033.98 |

**SUBTOTALS** $9,251.00 $6,217.02

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-29324-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LANG, MARIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8977 | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/11/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.73 | $3,029.25 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.88 | $3,024.37 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.88 | $3,019.49 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.40 | $3,015.09 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.17 | $3,009.92 |
| 05/24/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $788.00 | $2,221.92 |
| 05/24/2017 | 3004 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $19.40 | $2,202.52 |
| 05/24/2017 | 3005 | City of Chicago Department of Finance | Claim #: 1; Amount Claimed: $2,121.86; Distribution Dividend: 71.78%; | 7200-000 | | $1,523.06 | $679.46 |
| 05/24/2017 | 3006 | City of Chicago Department of Finance | Claim #: 2; Amount Claimed: $946.60; Distribution Dividend: 71.78%; | 7200-000 | | $679.46 | $0.00 |
| 06/23/2017 | 3006 | VOID: City of Chicago Department of Finance | Check Returned - per claimant, claim has been paid. | 7200-003 | | ($679.46) | $679.46 |
| 08/23/2017 | 3007 | City of Chicago Department of Finance | Claim #: 1; Amount Claimed: $2,121.86; Distribution Dividend: 78.64%; | 7200-000 | | $145.49 | $533.97 |
| 08/23/2017 | 3008 | ComEd | Claim #: 3; Amount Claimed: $679.04; Distribution Dividend: 78.64%; | 7200-000 | | $533.97 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $3,033.98 |

**FORM 2**
Page No: 3   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29324-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LANG, MARIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8977 | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/11/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $9,251.00 | $9,251.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $9,251.00 | $9,251.00 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $1,000.00 | |
|  |  |  | **Net** |  | $9,251.00 | $8,251.00 | |

**For the period of 8/11/2014 to 10/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,151.98 |
| Total Non-Compensable Receipts: | $6,099.02 |
| Total Comp/Non Comp Receipts: | $9,251.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,151.98 |
| Total Non-Compensable Disbursements: | $6,099.02 |
| Total Comp/Non Comp Disbursements: | $9,251.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/07/2015 to 10/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,151.98 |
| Total Non-Compensable Receipts: | $6,099.02 |
| Total Comp/Non Comp Receipts: | $9,251.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,151.98 |
| Total Non-Compensable Disbursements: | $6,099.02 |
| Total Comp/Non Comp Disbursements: | $9,251.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4                                                                                                                                    Exhibit 9

| Case No. | 14-29324-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LANG, MARIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8977 | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 8/11/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $9,251.00 | $9,251.00 | $0.00 |

**For the period of 8/11/2014 to 10/15/2017**

| Total Compensable Receipts: | $3,151.98 |
| Total Non-Compensable Receipts: | $6,099.02 |
| Total Comp/Non Comp Receipts: | $9,251.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,151.98 |
| Total Non-Compensable Disbursements: | $6,099.02 |
| Total Comp/Non Comp Disbursements: | $9,251.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/11/2014 to 10/15/2017**

| Total Compensable Receipts: | $3,151.98 |
| Total Non-Compensable Receipts: | $6,099.02 |
| Total Comp/Non Comp Receipts: | $9,251.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,151.98 |
| Total Non-Compensable Disbursements: | $6,099.02 |
| Total Comp/Non Comp Disbursements: | $9,251.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ